## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02374-RPM-KMT

ROBERT LUCERO,

      Plaintiff,

v.

ASSET ACCEPTANCE, LLC, a Delaware limited liability company,

      Defendant.

---

## NOTICE OF DISMISSAL WITH PREJUDICE
---

**COMES NOW** the Plaintiff by his undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay his or its own attorney's fees and costs.

Dated: September 27, 2011.

                                  Respectfully submitted,

                                  _s/ David M. Larson_____
                                  David M. Larson, Esq.
                                  405 S. Cascade Avenue, Suite 305
                                  Colorado Springs, CO 80903
                                  (719) 473-0006
                                  Attorney for the Plaintiff